```
         DEPARTMENT OF THE TREASURY                                    18-13032-K
  IRS    INTERNAL REVENUE SERVICE
         CINCINNATI  OH    45999-0023
```

Date of this notice: 03-15-2018

Employer Identification Number:
82-6988353

Form: SS-4

Number of this notice: CP 575 B

KURT MARIN AND SYMONETTE LIMITED
PARTNERS T
JAMES BUCKMAN TTEE
10290 SW 58TH ST
MIAMI, FL  33173

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 82-6988353. This EIN will identify your estate or trust. If you are not the applicant, please contact the individual who is handling the estate or trust for you. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

                    Form 1041                          03/15/2018

After our review of your information, we have determined that you have not filed tax returns for the above-mentioned tax period(s) dating as far back as 2008. Please file your return(s) by 03/30/2018. If there is a balance due on the return(s), penalties and interest will continue to accumulate from the due date of the return(s) until it is filed and paid. If you were not in business or did not hire any employees for the tax period(s) in question, please file the return(s) showing you have no liabilities.

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

(IRS USE ONLY)     575B                    03-15-2018   KURT  B   9999999999   SS-4

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.** You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is KURT. You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

                                    Keep this part for your records.        CP 575 B (Rev. 7-2007)

----------------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account. Please                                      CP 575 B
correct any errors in your name or address.
                                                                             9999999999

Your Telephone Number  Best Time to Call   DATE OF THIS NOTICE:  03-15-2018
(    )        -                            EMPLOYER IDENTIFICATION NUMBER:  82-6988353
                                           FORM:  SS-4                      NOBOD


INTERNAL REVENUE SERVICE                   KURT MARIN AND SYMONETTE LIMITED
CINCINNATI  OH    45999-0023               PARTNERS T
|..|..|.|.|.|..|..|.|..|.|.|..||...||.....|.|..||.|.|..|   JAMES BUCKMAN TTEE
                                           10290 SW 58TH ST
                                           MIAMI, FL   33173